**2009–0645. Holcomb v. State.**
Logan App. Nos. 8–08–23, 8–08–24, 8–08–25, and 8–08–26, 2009-Ohio-782. It is ordered, sua sponte,

that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.